

# Fourth Court of Appeals
## San Antonio, Texas

No. 04-12-00796-CV

**IN RE** Manuel A. **BENAVIDES**, Individually and on Behalf of GM Rentals, Ltd.

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:    Catherine Stone, Chief Justice
            Karen Angelini, Justice
            Sandee Bryan Marion, Justice

Delivered and Filed:   December 14, 2012

PETITION FOR WRIT OF MANDAMUS DENIED

On November 28, 2012, Relators Manuel A. Benavides, Individually and on Behalf of GM Rentals, Ltd., filed a petition for writ of mandamus. The court has considered the relators' petition and determined that the relators are not entitled to the relief sought. Therefore, the petition is DENIED. TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2011-CV-F000997-D1, styled *Manuel A. Benavides, Individually and on Behalf of G.M. Rentals, Ltd. v. Guillermo Benavides, Jr.,* et al., pending in the 49th Judicial District Court, Webb County, Texas, the Honorable Jose A. Lopez presiding.